

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:     Emil Brasel v. Manhattan Homeowners Association

Appellate case number:   01-13-00655-CV

Trial court case number:  976666

Trial court:             County Civil Court at Law No. 3 of Harris County

    It is **ordered** that the motion for rehearing is denied.


Judge's signature: /s/ Laura C. Higley
              Acting for the Court

Panel consists of Chief Justice Radack and Justices Higley and Brown.


Date: July 29, 2014